UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA NELSON,<br><br>Plaintiff,<br><br>v.<br><br>CURTISS WRIGHT ELECTRO MECHANICAL CORP. ET AL.,<br><br>Defendants. | CASE NO. 2:25-mc-00074-JHC<br><br>ORDER |

Before the Court is pro se Plaintiff's "Motion for Issuance of Enforceable Federal Subpoena to Microsoft Corporation Under Fed. R. Civ. P. 45(a)(2)."  Dkt. # 1.

The Court ORDERS Microsoft to respond to the motion by Monday, November 24, 2025.  Plaintiff may file a reply by December 1, 2025.

The Court ORDERS Plaintiff to *immediately* email a copy of this Order to counsel for Microsoft, including Charlotte Wasserstein (at charlottewasserstein@dwt.com) and other Microsoft attorneys whose names appear on Plaintiff's materials as well as counsel for Defendants.

The Court DIRECTS the Clerk to re-note this motion for December 1, 2025.

ORDER - 1

Dated this 14th day of November, 2025.

John H. Chun
United States District Judge

ORDER - 2