1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEBRA NELSON,

               Plaintiff,

     v.

CURTISS WRIGHT ELECTRO
MECHANICAL CORP. ET AL.,

          Defendants.

CASE NO. 2:25-mc-00074-JHC

ORDER

Before the Court is pro se Plaintiff's "Motion for Issuance of Enforceable Federal Subpoena to Microsoft Corporation Under Fed. R. Civ. P. 45(a)(2)." Dkt. # 1. The Court has carefully considered all the materials submitted in support of and in opposition to the motion, Dkt. ## 1, 5, 6, 7 & 8, and the governing law. Being fully advised, the Court rules as follows:

For the reasons set forth in Microsoft's response at Dkt. # 5, Part II.A, which are supported by the declaration at Dkt. # 6, the Court DENIES the motion and DISMISSES this matter. The Court DIRECTS the Clerk to close this matter.

//

//

//

1

2     Dated this 1st day of December, 2025.

3

4                                         John H. Chun
                                          United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24